RECEIVED

MAY - 1 2013

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| DEBORAH CLACKS o/b/o C.I.L.B. | * | CIVIL ACTION NO. 12-0893 |
| VERSUS | * | JUDGE JAMES T. TRIMBLE, JR. |
| CAROLYN W. COLVIN, ACTING COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | * | MAG. JUDGE KAREN L. HAYES |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Commissioner's decision is **AFFIRMED**, in its entirety, and this matter **DISMISSED WITH PREJUDICE**.

THUS DONE AND SIGNED this 1st day of May, 2013, Alexandria, Louisiana.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE